1  Steven Wayne Bonilla
2  California Medical Facility
3  T-48500, T-203, A.D. Box 2000
4  Vacaville, CA 95696 Pro Se
5
6              United States District Court
7              San Francisco District of California
8
9  Steven Wayne Bonilla,                Case No.
10    Plaintiff/Petitioner,
11              v                        Conspiracy with or among public
12  U.S District Court Judges and        officials not to perform their
13  its Court Clerks/San Francisco       mandatory duty to declare the
14    Defendants                         judgment void was obstruction
15                                       of justice. [35 Cal. 2d 49],
16
17     LEGAL NOTICE          - Expedited Review Required-
18
19                   Introduction
20     Any judgment or order rendered by a court or clerk lacking
21  subject matter jurisdiction is void on its face, [35 Cal. 4th 180].
22  Because FRAUD vitiates everything, including the judgments and
23  decrees of court and clerks, and that judgments rendered by
24  courts and clerks not having jurisdiction are null and void. [30
25  Cal. 439]. Thus, relief from a void judgment is not discretionary,
26  its mandatory. [597 F.2d 224, n8], 18 USC §241, makes it a federal
27  crime to willfully deprive the Petitioner of his Constitutional
28  right to have his trial court judgment declared null and void.

-1-

## I

The law clearly states that a void order or judgment may be collaterally ATTACKED ANYWHERE, AT ANY TIME. [28 F.Supp. 462; 148 Cal. App. 2d 845]. The court can not transfer the suit to the trial court who never acquired jurisdiction originally due to FRAUD. [759 F.2d 812]. The reviewing court must not only have its own jurisdiction, but also of the court under review, [523 US 83]. Who has continued to ignore its lack of jurisdiction by refusing to rule on the attorney's past motions filed on May 22, 2019 and July 5, 2022. The court held in [474 F. 2d 219], that where there is no jurisdiction over the subject matter, (as here), there is, as well, no discretion to ignore lack of jurisdiction pursuant to Federal Rules of Civil Procedure 12 (h) (3).

## II

The Alameda County District attorney has a duty under the Rules of Brady, [373 US 83], to disclose all exculpatory information. Including that the arrest warrant was obtained by false information and that the conviction was obtained by by FRAUD. There was no federal grand jury subpoena served by the FBI for the Petitioner's records to support there being probable cause for the arrest and the evidence used at trial. (See Exhibit A). Where the FBI "ADMITTED", under oath, to a court order, that the subpoena NEVER EXISTED. Penal Code § 141, makes it a felony for the District attorney to withhold or conceal exculpatory material evidence, as the District attorney has done.

## III

The burden of establishing subject matter jurisdiction rest upon the District attorney's Office who invoked the jurisdiction

-2-

of the court. The District attorney, must clearly show that their action is within the court's jurisdiction and must carry this burden throughout the litigation. The District attorney must support the jurisdiction by compentent proof. [67 FRD 22, 25]. In this case, that there was a federal grand jury subpoena served by the FBI, in February of 1988 for the Petitioner's records, which can not be done! Thus, proving the Courts lack of subject matter jurisdiction.

IV

Pursuant to California Rules of Court §4.551 (d), unless the defendant's return response controverts the courts lack of jurisdiction due to the FRAUD committed by the prosecution, it is deemed an admission to being in a conspiracy with or among public officials not to perform their mandatory duty to declare the Alameda County Superior Court judgment void in Case No. H-12210-A in the obstruction of justice and to willfully deprive the Petitioner of his Constitutional Right to have his trial court judgment declared null and void

Relief Sought

For the Court to declare the Alameda County Superior Court judgment void in Case No. H-12210-A, forthwith or accept being leable for the compensatory damages acquiesced too. (See Exhibit-A-2)

Verification

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC § 1746.

Dated: May 17, 2025                    Respectfully Submitted

Steven W Bonilla

-3-

# NO SUBPOENA

# NO ADMISSIBLE EVIDENCE

# ARREST WARRANT INVALID

# NO PROBABLE CAUSE

# MALICIOUS PROSECUTION

*EXHIBIT A-1*

BONILLA

Alameda County - Case No. H-12210-A

(05/19)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Date: 12/15/2021             Hon. C. Don Clay, Judge

Department 6
Kristi Hereth, Dep.Clk.
Not Reported, Reporter

---

## IN RE:

STEVEN WAYNE BONILLA

---

NATURE OF PROCEEDINGS: PRO SE FILINGS

Case No. **H12210A**
PFN: ASL136
CEN: 8172866

The Petitioner, STEVEN WAYNE BONILLA, is not present.
Counsel for Petitioner, is not present.
Counsel for Respondent, is not present.

   The Court has reviewed defendant's Pro Se filings received from Petitioner between September 27, 2021 - December 13, 2021 (Listed on the enclosed Order).
   Pursuant to the Court's Order of September 7, 2021, the Clerk of the Court is directed to return said submissions to the Petitioner, un-filed.
   The clerk has included a copy of the Court's 9/7/2021 Order for the defendants' reference.

### CLERK'S CERTIFICATE OF MAILING
### (CCP 1013a)

I certify that the following is true and correct:

I am a Deputy Clerk employed by the Alameda County Superior Court. I am over the age of 18 years. My business address is: Rene C. Davidson Courthouse 1225 Fallon Street OAKLAND, CA 94612. I served this **Minute Order and Order** by placing copies in envelope(s) addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Oakland, California, following standard court practices.

√STEVEN WAYNE BONILLA, J-48500
EY-13
SAN QUENTIN STATE PRISON
San Quentin, CA  94974

People of the State of California
Attn: **Catherine Kobal, DDA**
1225 Fallon Street
Ninth Floor
Oakland, CA 94612

Date: 1/31/2022

Chad Finke, Executive Officer/Clerk of the Superior Court

By _____*Kristi Hereth*_____

Kristi Hereth, Deputy Clerk

# COMPENSATORY

# DAMAGES

EXHIBIT A - 2

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
Deann John | 12/18/12

1. Article Addressed to: State of California, Attorney General Kamala Harris, Dan Lockyear, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General, 455 Golden Gate Ave, Ste, 1100, San Francisco, CA 94102-7004

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 1570 0000 4010 1350

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Is your RETURN ADDRESS completed on the reverse side?

ACQUIESCED

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a; and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California, Attorney General Kamala Harris, Dan Lockyer, Bruce Ortega, Rei R. Onishi, Kathleen Boergers, Office of Attorney General, et al. 455 Golden Gate Ave, Ste, 1100, San Francisco CA 94102-7004

4a. Article Number   7011 1570 0000 4010 1343

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery   1/22/13

5. Received By: (Print Name)   Deann Johnson

6. Signature: (Addressee or Agent):
X _____

8. Addressee's Address (Only if requested and fee is paid)

Thank you for using Return Receipt Service.

PS Form 3811, December 1994   102595-97-B-0179   Domestic Return Receipt

---

Is your RETURN ADDRESS completed on the reverse side?

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California, Attorney General, et. al 455 Golden Gate Avenue Suite 11000 San Francisco, CA 94102-7004

4a. Article Number   7011 1570 0000 4017 6976

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery   1/1/13

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X _____

8. Addressee's Address (Only if requested and fee is paid)

Thank you for using Return Receipt Service.

PS Form 3811, December 199...

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X *J. Card*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  *S LAND*    C. Date of Delivery  11-15-11

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7005 0390 0005 6698 9201

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

A C QUIESCED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Tessa Wright*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery  7/1/13

1. Article Addressed to:

Alameda County District
Attorney, et. al.,
1225 Fallon Street # 900
Oakland, CA 94612
7011 1570 0000 4017 6990

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7011 1570 0000 4017 6990

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Attorney General of the U.S.;
U.S. Attorney's Office,
FBI, et. al.,
P.O. Box 36055
San Francisco, CA 94102

4a. Article Number
7011 1570 0000 4017 6952

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery  6-12-13

5. Received By (Print Name)
*MAE ROSS*

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X *Mae Ross*

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

1

2

3

## ACCOUNTING OF AMOUNT OF COMPENSATORY & PUNITIVE DAMAGES DUE:

The following compensatory damages were caused by the LIEN DEBTORS' violations of 18 U.S.C. §241, 813, 872, 1001, 1915, RICO §1961 et seq., 641; California Penal Code §125, 134, 153, 182(4)&(5), 186, 211, 418, 496, 518, 519, 532, 2112;& numerous sections of the Uniform Commercial Code §3-106, 3-108, 30110; 3-112 & Part 6.§9-601, et seq & et al §§.

(1) According to the Federal Bureau of Investigation (FBI), Report obtained via the Freedom of Information Act (FOIA), Sunstate Tropical Wholesale Nursery's financial accounts receivable, which was only comprised of money owed to Sunstate in promissory notes, balance on December 31, 1985, was FIFTEEN-MILLION, SEVEN-HUNDRED AND THIRTY-NINE-THOUSAND, EIGHT-HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTY-SEVEN CENTS ON promissory notes, they were all bearing accrued interest at the rate of TEN PERCENT PER ANNUM. Due to non-performance and failure to make the annual payments as required by the contractural promissory notes an additional TEN PERCENT PENALTY PER ANNUM HAS BEEN ADDED FOR DEFAULTING on making the annual payments that were required to be done in accordance with the terms of the contractural agreements made in the promissory notes. Therefore, the balance due is calculated by the balance beginning with $15,739,877.67 on December 31, 1985, COMPOUNDED AT TWENTY PERCENT PER ANNUM UNTIL DEFAULT ON JANUARY 18, 2013, amounts to more than TWO-BILLION, ONE-HUNDRED & EIGHTY-TWO MILLION, TWO-HUNDRED & NINETY-THOUSAND DOLLARS. ($2,182,290,943.46).

(2) The Baritz Nightclub's revenue in January 1988, before Susan

PAGE 1 OF 4.

1  Hanah Harris illegally and by fraud/oppression, seized management of the

2  business on her own and implementing her own changes in managing the

3  Baritz, expense was 4%, maintenance expense 3½%, sales tax 5½%, rent 6%,

4  labor and general administration ran 29%, leaving a cash profit for

5  Independent Caterers' 45% interest in the Baritz Nightclub to be

6  $38,319.00 per month or $459,828.00 per year.  This makes the loss of

7  income with the ten percent per annum adjustment, from January 1, 1988,

8  until default on January 17, 2013, to amount to $47,818,838.65.  The

9  value of a nightclub business is worth three times its cash profit for

10 the year which made Independent Caterers' forty-five percent valued at

11 $1,319,487.00 in January of 1988.  Which makes the current value,

12 adjusted at ten percent per annum, to be $14,026,176.69 as of the

13 default on January 17, 2013.  This brings the total loss and damages for

14 Independent Caterers' forty-five percent interest in the Baritz

15 Nightclub to be $61,908,015.34.

16      (3) The total compensatory damages and loss for the business known

17 as Independent Caterers dba Sunstate Tropical Wholesale Nursery and the

18 Baritz Nightclub's (forty-five percent interest) up until the default on

19 January 17, 2013, is $2,244,199,878.25.

20      (4) Damages given in punitive statutes, for violation of

21 Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code

22 §496(c), are triple of the actual damages'(compensatory damages), to

23 $6,732,599,643.75; which is secured by the real and personal community

24 property of the LIEN DEBTORS.

25      (5) The total tally of compensatory and punitive damages as of the

26 day of default on January 17, 2013, is EIGHT-BILLION, NINE-HUNDRED AND

27 SEVENTY-SIX-MILLION, SEVEN-HUNDRED AND NINE-THOUSAND, FIVE-HUNDRED

28

1  AND THIRTEEN-DOLLARS ($8,976,799,513.00).  This balance continues to

2  accrue at the rate of ten percent per annum from the day of the default

3  on January 18, 2013, until paid in full.  It is secured by real and

4  personal community property of the LIEN DEBTORS; additional damages to

5  be added upon discovery and proof.

6      (6) Under the applicable rules of law (California Penal Code Section

7  1202.4), to calculate the damages and liability for the members of the

8  civil conspiracy (Defendants), for the false imprisonment of Sunstate's

9  President it is based on the twelve months of income prior to the false

10  imprisonment of its President, which began on September 20, 1988.  The

11  income for those twelve months is what is owed Sunstate Tropical

12  Wholesale Nursery, which is  the income owed Independent Caterers, Inc.,

13  on its fourty-five percent interest in the Baritz Nightclub, from

14  September 20, 1987 until September 19, 1988, which in turn is its

15  President's income for the same period.  Based on the calculations

16  stated above, the income for the twelve months prior to the false

17  imprisonment is nineteen-million, nine-hundred and twenty-six-thousand,

18  one-hundred and five-dollars and four cents  ($19,926,105.04), with the

19  base income adjusted ten percent per annum and the balance accrued at

20  the rate of ten percent per annum from September 20, 1988 until the

21  second default on August 3, 2013, the balance owed for the false

22  imprisonment of Sunstate's President is four-Billion, eight-hundred and

23  fourteen-million, two-hundred and seventy-seven-dollars and thirty-five

24  cents ($4,814,277,377.35).  Damage given by punitive statutes for

25  violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and

26  California Penal Code §496(c), are triple of the actual damages given by

27  punitive statutes, brings the punitive damages due as of the day of

28

PAGE 3 OF 4